NUMBER 13-07-441-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________ _


JOHN E. PLISKA, M.D., ET AL., Appellants,


v.



ROSBEL FLORES, ET AL., Appellees.

_____________________________________________________ __


On appeal from the 139th District Court


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam


 Appellants, JOHN E. PLISKA, M.D., ET AL., perfected an appeal from a
judgment entered by the 139th District Court of Hidalgo County, Texas, in cause
number C-1290-03-C. After the notices of appeal were filed, appellants filed motions
to dismiss the appeal. In the motions, appellants state that the underlying case has
been resolved, and appellants no longer wish to prosecute this appeal. Appellants
request that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellants' motions to
dismiss the appeal, is of the opinion that the motions should be granted. Appellants'
motions to dismiss are granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 31st day of August, 2007.